FILED
2022 Dec-28  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN KIRKLAND,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 2:22-cv-0938-ACA * |
| **DAVID 18 LLC,** a limited liability company, | * * * |
| DEFENDANT. | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff BRYAN KIRKLAND hereby gives notice of the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 28th day of December, 2022.

/s/ Julie McCollister
Julie McCollister
*Attorney for Plaintiff*
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA  30514
(706) 745-0057
jbmccollister@gmail.com